**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 06-6950**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MONTE DECARLOS WINSTON,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, District Judge. (3:99-cr-00030-REP)

---

Submitted: September 28, 2006       Decided: October 11, 2006

---

Before NIEMEYER, TRAXLER, and SHEDD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Monte Decarlos Winston, Appellant Pro Se. Stephen Wiley Miller, S. David Schiller, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Monte DeCarlos Winston appeals the district court's order granting his request to forward a letter to Winston's attorney, in which Winston sought a copy of the court's 2003 order denying his pre-trial motions to suppress evidence and to dismiss the indictment. Because the district court granted the requested relief, and Winston ultimately received a copy of the order from his attorney, we affirm.[*] United States v. Winston, No. 3:99-cr-00030-REP (E.D. Va. Mar. 3, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*]To the extent that Winston attempts to appeal the district court's disposition of his motions, Winston's appeal is untimely, and we have no jurisdiction to consider it. See Fed. R. App. P. 4(b).